# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAY JONES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #157758

v.　　　　　　　　　　　　　　1:18CV00050-JM-JJV

BLAKE GILL, Sergeant,
Grimes Unit, ADC; *et al.*　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

　　The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. In his Objections, Plaintiff restates that he was denied due process in his disciplinary hearing. He adds that he was placed in solitary confinement as punishment for the disciplinary. This added detail does not provide the Court with any reason to deny the Proposed Findings and Partial Recommended Disposition because the Eighth Circuit Court of Appeals has found that a prisoner does not have a liberty interest in avoiding temporary placement in punitive isolation. *Phillips v. Norris*, 320 F.3d 844, 847 (8th Cir. 2003); *Portley-El v. Brill*, 288 F.3d 1063, 1065-66 (8th Cir. 2002).

　　After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

　　IT IS, THEREFORE, ORDERED that:

　　1.　　Plaintiff is allowed to proceed on his retaliation claim against Defendant Blake Gill.

　　2.　　All other claims are DISMISSED from this action without prejudice.

　　3.　　Defendants Daniel Golden, Steven Ricketts, Dexter Payne, and Robert Scott are

DISMISSED from this action without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 30th day of August 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE